IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY COLEMAN,

    Plaintiff,

v.

KEN BROWN, JODIE ASMUS, JULE CAVANAUGH, ALFONSO GRAHAM, REBECCA KUTZKE and MARK MELLENTHIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-466-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| /s/ | 3/8/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |